BEFORE THE FIRST DIVISION, DECEMBER 22, 1943

**No. 49044.**—Protest 103902–K of Carey & Skinner, Inc. (Buffalo).

Opinion by OLIVER, P. J.   At the trial Government counsel admitted for the record that the merchandise involved is a public document.   It was therefore held entitled to free entry under paragraph 1629 as claimed.

**No. 49045.**—Protest 76713–K of American Mdse. Co., Inc. (New York).

Opinion by WALKER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), which record was incorporated herein, the claim at 50 percent under paragraph 1506 was sustained as to certain of the merchandise.

BEFORE THE SECOND DIVISION, DECEMBER 22, 1943

**No. 49046.**—Protests 105059–K, etc., of F. Blumenthal & Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), the record in which has been admitted herein, the claim at 25 percent was sustained as to certain of the hats in question.